UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Craig J. Beuning,                                                 Civil 06-492 PAM/FLN

      Petitioner,

v.                                                                         O R D E R

Anoka County Sheriff,

      Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 9, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus [#1] is SUMMARILY DENIED; and

2. This action is DISMISSED WITH PREJUDICE.

DATED: March 2, 2006                    s/ Paul A. Magnuson
at St. Paul, Minnesota                         JUDGE PAUL A. MAGNUSON
                                            United States District Court